UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS E MATEO-PAULINO,                    23-cv-10069 (JGK)

            Plaintiff,           ORDER

    - against -

ATLAS CONCRETE CORP.,

            Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 20, 2023.

SO ORDERED.

Dated:    New York, New York
           December 6, 2023

                                          John G. Koeltl
                                      United States District Judge