```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS E. MATEO-PAULINO,

                Plaintiff,

    -v-

JORGE M. AMORIM, *et ano*,

                Defendants.

**ORDER**

23-CV-10069 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Discovery in this case closed on June 10, 2025. Dkt. No. 30. In accordance with the Scheduling Order at Docket Number 15, the parties are directed to file premotion letters in anticipation of motions for summary judgment or, in the alternative, a joint pretrial order by **July 25, 2025**.

**SO ORDERED.**

Dated: June 11, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1